IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Mr. Garfield White #178451         )
(full name)        (Register No).  )
_____)
_____)
                                   )  Case No. _____
       Plaintiff(s).               )
                                   )
v.                                 )
                                   )
                                   )
Dr. Steven Marshal(SCCC-Dentist)   )  Defendants are sued in their (check one):
(Full name) (South Central Corr.Ctr.)  __XX__ Individual Capacity
E. Jackson, DMD, MS, MCJ(Missouri) )  __XX__ Official Capacity
Director of Dental Services-Corr.) )  __XX__ Both
       Defendant(s).

FIRST AMENDMENT
**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): **South Central Correctional Ctr.
255 West Highway 32, Licking, Missouri 65542**

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff **Mr. Garfield White**    Register No. **#178451**
   Address **255 West Highway 32 in Licking, Missouri 65542**
   Phone No.**(573) 674-4470**

B. Defendant **A. Renee Todaro(RN HSA)(Health Services Administrator)**
                                      (Is employed as)

C. Defendant: **Kathy Barton,(RN CCHP)(Director of Nursing)**
                                      (Is employed as )
D. Defendant: **Dr. Ashok Chada(MD)(Medical Director)**
                                      (Is employed as)

1.

III.   Do your claims involve medical treatment?        Yes XX    No ____

IV.   Do you request a jury trial?                     Yes XX    No ____

V.    Do you request money damages?                    Yes XX    No ____

State the amount claimed?          OVER   $ 50,000.00 (actual/punitive)

VI.   Are the wrongs alleged in your complaint continuing to occur?  Yes XX  No ___

VII.  Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
                                                       Yes XX    No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?    Yes XX    No ____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
On 05/12/15 Plaintiff filed his Informal Resolution Request (IRR) claiming Dr. Marshall damaged his jaw bone and asked to see a specialist about the sinus perforation, which was denied on 06/23/, grievance denied on 07/31/15, and grievance appeal was denied on 11/06/15 in case no. (SCCC-15-944). Since then plaintiff has also filed another (IRR) within the grievance system demanding to see a specialist for the pain associated with the sinus perofration in case no.(SCCC-16-535) which was denied on 05/14/16, therefore the delay in treatment by a specialist, an Ear, nose and throat specialist continues to exacerbate the injury and unnecssarily prolonged the pain !

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?                 Yes ____    No XX

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?     Yes ____    No XX

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____N/A_____
           (Plaintiff)              (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _N/A_

(4) Case Number and citation: _N/A_

(5) Basic claim made: _N/A_

(6) Date of disposition: _N/A_

(7) Disposition: _N/A_
(Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _N/A_
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.
(VIOLATION OF THE EIGHTH AMENDMENT WHICH PROHIBITS CRUEL AND)
(UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE OR WORSE IN )
(THE FACE OF SERIUOS MEDICAL NEED, A DELAY IN TREATMENT OF AN)
(OBVIOUS SERIOUS SINUS PERFORATION, A DELAY FOR SPECIALIZED  )
(TREATMENT BY A (ENT) SPECIALIST TO PERFORM A SINUS ENDOS-COPY)

(1). In this complaint, Plaintiff names as defendants: (1) Dr. Steven Marshall a dentist who initially told him he would refer Plaintiff to an oral surgeon for teeth extraction but Marshall subsequently decided to do the procedure himself. The extraction resulted in the removal of a "considerable amount of [Plaintiff's] upper jaw bone," a broken jaw, excruciating pain, and possible nerve damage. (02/05/2015). Also see (IRR/Grievance Case No.(SCCC-15-944).

(2). On (07/31/15) defendants Todaro and Chada informed him that a "sinus perforation occurred," as can occur during extraction procedures. This informatio was provided as a response to Plaintiff's grievance. AT THIS TIME IT HAD BEEN OVER FOUR MONTHS AND THE DEFENDANTS STILL HAD NOT CAUSED PLAINTIFF TO BE SEEN BY A NOSE, EAR AND THROAT SPECIALIST AND THEREFORE, THEY WERE/ ARE COMPLETELY INDIFFERENT TO MR.WHITE'S SERIOUS MEDICAL NEEDS THAT CAUSES THE EXTREME PAIN AND SINUS DRAIN, NOT TO MENTION THE INTENTIONAL INFLICTION OF PLAINTIFF'S EMOTIONAL DISTRESS (IIED) BECAUSE THE DELAY EXACERBATED THE INJURY AND OR UNNECESSARILY PROLONGED THE PAIN ! AND IN THAT THE DEFENDANTS ARE LIABLE. IN VIOLATION OF THE EIGHTH

AMENDMENT TO THE UNITED STATES CONSTITUTION.

(3). On (11/06/15) defendant, E. Jackson, DMD, MS, Missouri Director of dental Services-Corrections, responded to the grievance appeal by stating:

AUGUST 17, 2015

GRIEVANCE #: SCCC-15-944

I have reviewed your IRR and grievance. My findings are as follows:

It is my understanding you fell that Dr. Steven Marshall sould have referred you to an oral surgeon for extractions.

> Dr. Marshal is a thirty year experienced dental practitioner and very experienced in oral surgery.
>
> In all medical/dental procedures there is always a possibility of an unexpected outcome and prolonged healing time. In your situation this was the case. Apparently your gums have heale. On 10/08/15 you were evaluated by Dr. Lawrence Davis and stated to him "I have no pain in gums". This indicates good healing.
>
> I hope this outcome satisfies your complaint of pain.

As you can see by the documentation, responsive care and treatment has been provided. This shouild resolve your grievance. No further action is indicated at this time.

If you would have any further questions, please do not hesitate to contact my office.

          E. Jackson, DMD, MS, MCJ

08/25/15     11/06/15
Date Received   Date of Response

---

*AS OF TODAY NOVEMBER 7th, 2016, I, the plaintiff am still suffering from the pain which causes mt emotion ditress, and thedefendants have taken no action to have a ENT Specialist look at my injuries.

B. LEGAL THEORY OR APPROPRIATE AUTHORITY:
 (1). See, MICHAEL MCGOWAN v. DONALD A. HULICK, et al.
   No. 09-2991; 612 F.3d 636; 2010 U.S. App.
   LEXIS 14820 (May 26,2010*, Submitted ).
 HN2- The eighth Amendment prohibits cruel and unusual punishment; that guarantee encompasses a prisoner's right to medical care. It is well established that deliberate indifference to serious medical needs of prisoners con-

stitutes the unnecessary and wanton infliction of pain proscribed by the Eighth Amendment. This principle applies equally to DENTAL CARE. But negligence, even gross negligence, does not violated the Constitution. Only deliberate indifference or worse in the face of a serious medical need will do. A delay in treatment may constitute deliberate indifference if the delay exacerbated the injury or unnecessarily prolonged an inmate's pain.

In MCGOWAN, the appellate court, inter alia, vacated the order dismissing the action as to the claims against the dental director, affirmed the dismissal of the federal claim against the dentist, ordered that the dismissal of the state-law negligence claim against the dentist be modified to show that it was without prejudice, and remanded for further proceedings.

X. RELIEF SOUGHT: MEDICAL EXPENSES FOR ANY FUTURE AND OR FURTHER COMPLICATIONS CONCERNING PLAINTIFF'S SINUS PERFORATION,

Over $50,000.00 in actual compensatory damages for pain and suffering including Plaitiff's Emotional distress associated with such a long delay in acquiring attention from a specialist.

And punitive damages because the defendants actions were under color of state and federal law, in that they knew or should have known that their actions or inactions violated the law of the U.S. Constitution.

XI. COUNSEL:

A. The Institution's approved INMATE SUBSTITUTE COUNSEL, MR. ROBERT BELL, JR. PREPARED THE DOCUMENTS FILED IN THIS ACTION.

B. I have made a good faith effort to acquire the services of an attorney to represent me in this action to no avail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this November _8_, 2017.

/S/ _Garfield White_
MR. GARFIELD WHITE #178451
SOUTH CENTRAL CORR. CTR.
255 WEST HIGHWA 32
LICKING, MO. 65542

## VERIFICATION

I, <u>GARFIELD WHITE</u> hereby solemnly swear under penalty of perjury that the information given above in the instant <u>42 U.S.C. § 1983 Civil Rights Complaint and is</u>.... true and correct to the best of my knowledge and belief.

*Signed: Garfield White*
Mr. Garfield White #178451


State of Missouri    )
                     ) ss
County of <u>Texas</u>    )

Subscribed and sworn to before me this <u>7th</u> day of <u>November</u>, 2017.

```
F. GRAEFF
Notary Public - Notary Seal
State of Missouri
Commissioned for Texas County
My Commission Expires: October 03, 2020
Commission Number: 12342179
```

*Signed: Notary Public*

My commission expires <u>October 3, 2020</u>.