# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

_____

## JUDGMENT IN A CIVIL CASE

Garfield White,

      Plaintiff,

      **V.**                    Case No. 17-3326-CV-S-RK-P

Dr. Steven Marshall, et al.,

      Defendants.


☐     **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■     **DECISION OF THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:  ORDERED that Defendants' motion for summary judgment (Doc. 29) is granted, and this case is dismissed.


Entered on:  <u>January 31, 2019.</u>

                                    PAIGE WYMORE-WYNN
                                      CLERK OF COURT


                                    <u>/s/ C. Davies</u>
                                    (By) Deputy Clerk